AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | ORDER OF TEMPORARY DETENTION |
| | § | PENDING HEARING PURSUANT TO |
| vs. | § | BAIL REFORM ACT |
| | § | |
| (1) My'lik Kerley | § | Case Number: SA:24-M -01113(1) |
| *Defendant* | | |

Upon Motion of the _____Government_____, it is ORDERED that a

**PRELIMINARY / DETENTION HEARING**

is set for _____August 07, 2024_____ * at ___10:00 AM___
                           *Date*                                             *Time*

before _____U.S. Magistrate Judge Elizabeth S. ("Betsy") Chestney_____

in the   Courtroom D, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

( _____ )

and produced for the hearing.

_____August 02, 2024_____           /s/ Elizabeth S. Chestney
          *Date*                                       ELIZABETH S. ("BETSY") CHESTNEY
                                                 UNITED STATES MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.

6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:  SA:24-M -01113(1) |
| | § | |
| (1) My'lik Kerley | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5.1 or Fed. R. Crim. P. 32.1.

---

**Date**

**Defendant**

**Name of Attorney for Defendant (Print)**

**Date**

**Signature of Attorney for Defendant**

6/7/2011 Waiver of Detention Hearing

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:   SA:24-M -01113(1) |
| | § | |
| (1) My'lik Kerley | § | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community. I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_____   _____
**Date**                      **Defendant**

                              _____
                              **Name of Attorney for Defendant (Print)**

_____   _____
**Date**                      **Signature of Attorney for Defendant**